997 A.2d 222

IN THE MATTER OF PAUL L. BLENDEN,
AN ATTORNEY AT LAW.

July 16, 2010.

## ORDER

This matter having been duly presented to the Court on the application of the Office of Attorney Ethics, recommending that **PAUL L. BLENDEN,** formerly of **OCEAN TOWNSHIP,** who was admitted to the bar of this State in 1954, be transferred to disability inactive status pursuant to *Rule* 1:20–12(e);

And it appearing that because of mental or physical incapacity, **PAUL L. BLENDEN** is unable to defend against ethics charges pending against him;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12(e), **PAUL L. BLENDEN** is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court; and it is further

ORDERED that **PAUL L. BLENDEN** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that the disciplinary proceedings pending against **PAUL L. BLENDEN** are hereby deferred until the further Order of the Court; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **PAUL L. BLENDEN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **PAUL L. BLENDEN,** comply will *Rule* 1:20–20 governing incapacitated attorneys.